**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN THE INTEREST OF: C.P., A MINOR   :   No. 132 MAL 2017
  :
  :
PETITION OF: C.P., A MINOR   :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.